# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN BUILDERS & <br> CONTRACTORS SUPPLY CO, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEBVENTION HOLDINGS, LLC and <br> WEBVENTION, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 11-00292 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff, American Builders & Contractors Supply Company, Inc., and Defendants, Webvention Holdings, LLC and Webvention, LLC, have settled all claims arising in the above captioned case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that all claims now pending before the Court in the above captioned cause be dismissed with prejudice, with all Parties to bear their own expenses.

Dated: September 8, 2011

| | |
|---|---|
| WEBB & SULLIVAN | O'KELLY & ERNST, LLC |
| /s/ Brian A. Sullivan | /s/ Sean T. O'Kelly |
| Brian A. Sullivan (No. 2098) | Sean T. O'Kelly (No. 4349) |
| 300 Delaware Avenue, 13th Floor | 100 N. West Street, Suite 1200 |
| P.O. Box 25046 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | O: (302) 295-4905 |
| O: (302) 652-1100 | F: (302) 295-2873 |
| F: (302) 652-1111 | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *American Builders & Contractors* | *Webvention Holdings, LLC* |
| *Supply Co., Inc.* | *and Webvention, LLC* |